# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| In re: ) | |
| ) | Case No 08 C 1425 |
| J.S. II, L.L.C., et al, ) | Hon. Virginia M. Kendall |
| ) | |
| Debtors. ) | Mag. Judge Michael T. Mason |
| ) | |
| ) | |
| J.S. II, L.L.C., RIVER VILLAGE I, L.L.C., RIVER ) | |
| VILLAGE WEST, L.L.C., AND KND ) | |
| INVESTMENTS, L.L.C., , ) | Originally brought in |
| ) | |
| ) | Chapter 11 |
| Plaintiffs, ) | Case No. 07-11565 |
| ) | (Jointly Administered) |
| v. ) | Hon. Jacqueline P. Cox |
| ) | Adv. No. 08-00072 |
| BRICKCRAFT, INC., ANTHONY SPLENDORIA ) | |
| AND ROBERT SPLENDORIA, ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF MOTION

To:  Steven B. Towbin
     Janice A. Alwin
     Richard A. Saldinger
     Jarret Raab
     Shaw Gussis Fishman Glantz Wolfson & Towbin LLC
     321 North Clark Street  - Suite 800
     Chicago, IL 60610

PLEASE TAKE NOTICE that I will appear before the Honorable Judge Virginia M. Kendall, or before such other Judge or Magistrate sitting in her place or stead, on the 25st day of March, 2008, at 9:00 a.m. or as soon after that as counsel may be heard and then and there present Defendants' Motion to Withdraw the Reference, a copy of which was previously filed and served upon you.

        Respectfully submitted,

        **BRICKCRAFT, INC.**
        **ANTHONY SPLENDORIA**
        **ROBERT SPLENDORIA**


        By: /s/ Robert Radasevich
             One of His Attorneys


Robert Radasevich # 6180383
Katherine D. Vega # 6255825
Neal, Gerber & Eisenberg LLP
Two N. LaSalle Street
Suite 2200
Chicago, Illinois  60602
Telephone: (312) 269-8039
Fax: (312) 269-1747

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that on March 19, 2008, I electronically filed the foregoing *NOTICE OF MOTION* with the Clerk of the Court using the CM/ECF system which will send notification and copies of such filings to:

Steven B. Towbin
Janice A. Alwin
Richard A. Saldinger
Jarret Raab
Shaw Gussis Fishman Glantz Wolfson & Towbin LLC
321 North Clark Street
Suite 800
Chicago, IL 60610


    /s/ Robert Radasevich
One of Defendant's Attorneys


NGEDOCS: 021149.0001:1515098.1