**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

J.S. II, L.L.C., et al.

                            Plaintiff,

v.                                         Case No.: 1:08−cv−01425

                                         Honorable Virginia M. Kendall

Brickcraft, Inc., et al.

                            Defendant.

---

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, June 23, 2008:

      MINUTE entry before the Honorable Virginia M. Kendall: Defendants fail to appear.Status hearing held and continued to 7/7/2008 at 09:00 AM. Defendants are advised that the court will dismiss this case on 7/7/2008 unless they appear and object to the dismissal.Mailed notice(jms, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.